UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

In Re: Nita Paulette Cobb,

CASE NO. 15-mc-5001BHS

ORDER REJECTING DOCUMENTS AND CLOSING CASE

This matter comes before the Court on Nita Paulette Cobb's ("Cobb") request for special & private trust (Dkt. 1).

On January 15, 2014, Cobb filed the request, which the Clerk accepted as a miscellaneous case. Dkt. 1. This is a court of limited jurisdiction and that jurisdiction is not conveyed by an individual's affidavit asserting this is a miscellaneous case. *See* Dkt. 2. Based on a review of the documents, it appears Cobb intends to put the Government on notice of Cobb's claimed status as a "Private Business Trust" and does not state any cause of action cognizable by the Court or seek specific relief. Therefore, the documents filed by Cobb (Dkts. 1, 2, & 3) are rejected and the Clerk shall close this case.

**IT IS SO ORDERED**.

Dated this 9th day of February, 2015.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER